

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2018

No. 04-17-00596-CV

**REGENT CARE CENTER OF SAN ANTONIO, L.P.,**
Appellant

v.

Robert H. **DETRICK** and Carolyn Dart Detrick,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-19462
Honorable Richard Price, Judge Presiding

## O R D E R

The Appellant's Unopposed Motion to File Amended Brief and Unopposed Motion to Exceed Word-Count Limitation are GRANTED.

Entered on this 19th day of July, 2018.

**PER CURIAM**

ATTESTED TO:_____
Keith E. Hottle,
Clerk of Court